UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ENTREPRENEUR MEDIA, INC.,**

    **Plaintiff,**

                                  **Case No. 2:21-cv-5868**
   v.                             **JUDGE EDMUND A. SARGUS, JR.**
                                  **Magistrate Judge Chelsey M. Vascura**

**RETAIL SERVICE SYSTEMS, INC.** *et al.***,**

    **Defendants.**

## ORDER

This matter arises on the Report and Recommendation issued by the Magistrate Judge (the "Report") on January 19, 2022.  (ECF No. 54.)  The time for filing objections has passed, and no objections to the Report have been filed.  Accordingly, the Court **ADOPTS** the Report.  (*Id*.) For the reasons set forth therein, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's cause of action against Defendants Does 1-10 pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk is **DIRECTED** to terminate Does 1-10 from this case, which is to remain open.

**IT IS SO ORDERED.**

**3/29/2022**                                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                                         **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**